FILED

NOV -3 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>BAY AREA HOLDINGS, INC.,<br><br>Debtor. | Case No. 97-35304-A-11<br><br>Docket Control No. DNC-2<br><br>Date: August 31, 2009<br>Time: 9:00 a.m. |

**MEMORANDUM**

The trustee asks the court to approve a compromise involving two adversary proceedings, Adv. Proc. Nos. 98-2685 and 08-2043. For the reasons explained below, the motion will be granted.

The compromise settles a judgment entered in Adv. Proc. No. 98-2685 on January 22, 2001, in favor of the bankruptcy trustee and against defendants Stephen Lipworth, Ronald Lachman, and RCL Holding, LLC. The judgment avoided two transfers of $273,000 and $100,000.

As to the $273,000 transfer, the judgment provided that the trustee could recover it from Ronald Lachman. In his collection efforts, the trustee attempted to levy against property held in "The Kapalua Trust dated March 9, 1998," a Lachman family trust. The trustee of the trust is Ralph Lachman, the father of Ronald Lachman. The beneficiaries under the trust are Christina Troffer, the wife of Ronald Lachman, and their children Kyle and

Angelina Lachman.

On January 23, 2008, Christina Troffer and Ralph Lachman, filed an adversary proceeding against the trustee, attempting to prevent him from collecting on the judgment from property in the trust. They maintained that Christina Troffer's interest in the trust was her separate property.

The present balance of the $273,000 transfer, with interest, is in excess of $584,019.

Under the terms of the compromise, the estate will receive $160,000 in cash, $125,059.20 of which was previously collected by the bankruptcy trustee in Adv. Proc. No. 08-2043. The balance will be paid by Ronald Lachman. In exchange, the trustee will release Ronald Lachman from the January 22, 2001 judgment. The compromise also settles Adv. Proc. No. 08-2043.

The trustee has had many difficulties in his eight-year saga to collect the judgment against Ronald Lachman. The trustee believes that the availability of additional property to satisfy the judgment is "highly unlikely."

On a motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement. Fed. R. Bankr. P. 9019. Approval of a compromise must be based upon considerations of fairness and equity. In re A & C Properties, 784 F.2d 1377, 1381 (9th Cir. 1986). The court must consider and balance four factors: 1) the probability of success in the litigation; 2) the difficulties, if any, to be encountered in the matter of collection; 3) the complexity of the litigation involved; and 4) the paramount interest of the creditors with a proper deference to their reasonable views. In re Woodson, 839

Case 97-35304    Filed 11/03/09    Doc 247

F.2d 610, 620 (9th Cir. 1988).

The court concludes that the <u>Woodson</u> factors balance in favor of approving the compromise. That is, given the difficulties in collection, given the lack of other property from which the judgment can be satisfied, and given the collection costs, risks and delay of further litigation, the settlement is equitable and fair.

Therefore, the court concludes the compromise to be in the best interests of the creditors and the estate. The court may give weight to the opinions of the trustee, the parties, and their attorneys. <u>In re Blair</u>, 538 F.2d 849, 851 (9th Cir. 1976). Furthermore, the law favors compromise and not litigation for its own sake. <u>Id</u>.

Accordingly, a separate order granting the motion will be entered.

Dated: 3 Nov. 2009

By the Court

Michael S. McManus, Judge
United States Bankruptcy Court

-3-

**CERTIFICATE OF MAILING**

I, Susan C. Cox, in the performance of my duties as a judicial assistant to the Honorable Michael S. McManus, mailed by ordinary mail to each of the parties named below a true copy of the attached document.

David Chandler
1747 4th St
Santa Rosa, CA 95404

John Warner
21 Tamal Vista Blvd #196
Corte Madera, CA 94925

Philip McLeod
450 Pacific Ave
San Francisco, CA 94133

Ronald Foreman
930 Montgomery St #600
San Francisco, CA 94133

Robert Anderson
251 Marion Ave
Mill Valley, CA 94941

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Dated: November 3, 2009

*Susan C. Cox*
Susan C. Cox
Judicial Assistant to Judge McManus